**No. 10-253. Kevin C. Umphreyville, Petitioner v. Charles W. Gittins.**

562 U.S. 963, 131 S. Ct. 477, 178 L. Ed. 2d 291, 2010 U.S. LEXIS 8100.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 366 Fed. Appx. 460.

**No. 10-256. Richard Lee Mellor, Petitioner v. United States.**

562 U.S. 963, 131 S. Ct. 477, 178 L. Ed. 2d 291, 2010 U.S. LEXIS 8006.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 373 Fed. Appx. 656.

**No. 10-258. Nina L.J. Jackim, Petitioner v. City of Brooklyn, New York, et al.**

562 U.S. 963, 131 S. Ct. 477, 178 L. Ed. 2d 291, 2010 U.S. LEXIS 7963.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 378 Fed. Appx. 556.

**No. 10-259. Torina A. Collis, Petitioner v. Bank of America, N.A.**

562 U.S. 963, 131 S. Ct. 478, 178 L. Ed. 2d 291, 2010 U.S. LEXIS 7956.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 364 Fed. Appx. 819.

**No. 10-260. Stephen G. Mattis, Petitioner v. New Jersey, et al.**

562 U.S. 963, 131 S. Ct. 478, 178 L. Ed. 2d 291, 2010 U.S. LEXIS 7978.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-270. Skidmore Energy, Inc., Petitioner v. Maghreb Petroleum Exploration, S.A., et al.**

562 U.S. 963, 131 S. Ct. 478, 178 L. Ed. 2d 291, 2010 U.S. LEXIS 7931.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 337 Fed. Appx. 706.

**No. 10-289. Alelaida Humala, et vir, Petitioners v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 964, 131 S. Ct. 480, 178 L. Ed. 2d 291, 2010 U.S. LEXIS 8106.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 374 Fed. Appx. 259.